In the Matter of the Claim of DAISY G. SMITH, Respondent, against CITY OF NEW YORK, Appellant. STATE INDUSTRIAL BOARD, Respondent.

Submitted February 26, 1941; decided March 13, 1941.

*William C. Chanler,* Corporation Counsel (*Paxton Blair* and *Stanley Buchsbaum* of counsel), for appellant.

*John J. Bennett, Jr.,* Attorney-General (*John F. Loehr* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.